UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEVEN B. HATTER,

       Plaintiff,

                                          Civil No.05-73109
                                          Hon. John Feikens

       v.


COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/


**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**


       The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on

8/16/2006, and noted that no objections were filed by either party,

       **IT IS ORDERED** that the Report is accepted and entered as the findings and

conclusions of this court.


                               **s/John Feikens**_____
                                 John Feikens
                                 United States District Judge

Dated:  September 8, 2006

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 8, 2006.<br><br>s/Carol Cohron_____<br>Deputy Clerk |